IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LUIS A. LORENZANA LOPEZ,<br><br>　　　　　　　Defendant. | 4:12CR3102<br><br>**DETENTION ORDER** |

The defendant was afforded an opportunity for a detention hearing, but waived that right. Defendant, who is currently in state custody, is subject to detention under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq.

Accordingly,

IT IS ORDERED:

1) The defendant shall be returned to state custody for confinement on state charges.

2) Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

November 1, 2012.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge